IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RHONDA MAE FELSMAN,<br><br>Defendant. | CR 23-33-M-DLC<br><br>ORDER |

On July 18, 2023, United States District Court Judge Dana Christensen denied Defendant Rhonda Mae Felsman's motion to continue her arraignment to a date after February 9, 2024, without prejudice to a subsequent motion for a shorter continuance. (Doc. 11). Accordingly,

IT IS ORDERED that Defendant's initial appearance and arraignment on the Indictment in this matter are scheduled for 1:30 p.m. on August 29, 2023, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula. The Clerk of Court is directed to issue a summons for Felsman's appearance.

DATED this 27th day of July, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge